McGREGOR W. SCOTT
United States Attorney

YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6481
Fax:         (202) 307-0054
henry.c.darmstadter@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>DEAN GORDON POTTER,<br><br>　　　　　　　Respondent. | Civil No. 06-mc-00105 GEB DAD<br><br>**ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: Dean Gordon Potter<br><br>Date: Friday, December 8, 2006<br>Time: 10 a.m.<br>Ctrm: #27 (8th Floor, Judge Dale A. Drozd) |

Upon the petition of United States of America with supporting declarations, exhibits and memorandum attached thereto, it is hereby:

ORDERED that the respondent, Dean Gordon Potter, appear before United States Magistrate Judge Dale A. Drozd, in the Magistrate Judge's Courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Friday, December 8, 2006, at 10 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on May 26, 2005.

///

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

2. A copy of this Order, together with the petition and supporting declarations, exhibits and memorandum shall be personally served upon the respondent within 21 days of the date this Order is served upon the United States Attorney.

3. Proof of any service done pursuant to paragraph 2, above, shall be filed with the Clerk as soon as practicable.

4. The file reflects a prima facie showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed. *United States v. Powell*, 379 U.S. 48, 57-58 (1964). The burden of coming forward therefore has shifted to whoever might oppose enforcement.

5. If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

6. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement as well as any other matters the court deems appropriate regarding the desired enforcement of the tax summons.

///
///
///

7.  The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons.  The respondent's appearance at the hearing will then be excused.

8.  The Clerk shall forward a copy of this Order to the Department of Justice, Tax Division and United States Attorney.

DATED: October 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/potter0105.ord